# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JAMES RAY BATTLE, JR., § § Plaintiff, § § v. § § MATTHEWS NISSAN OF PARIS, § § Defendant. § | CIVIL ACTION NO. 4:24-CV-000527-ALM-AGD |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 22, 2025, the Magistrate Judge entered a Report (Dkt. #13) recommending that Plaintiff James Ray Battle, Jr.'s case be dismissed without prejudice for lack of subject matter jurisdiction and for failing to comply with Court orders.[1] No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff James Ray Battle, Jr.'s case is **DISMISSED WITHOUT PREJUDICE**.

---

[1] Plaintiff paid the previously ordered initial partial filing fee (Dkt. #11). However, Plaintiff has still not filed an Amended Complaint as ordered.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE